**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
Case No. 21-24287-CV-GRAHAM/MCALILEY

KENNETH GRAHAM,

    Plaintiff,

vs.

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**ORDER**

    **THIS CAUSE** came before the Court on the Plaintiff's Consent Motion for Attorney's Fees under the Equal Access to Justice Act ("EAJA") (ECF No. 25).

    **THIS MATTER** was assigned to the Honorable United States Magistrate Judge Chris McAliley for a report and recommendation. (ECF Nos. 2).

    The Court previously entered final judgment in favor of Plaintiff, reversed the decision of the Commissioner and remanded this matter for further proceedings. (ECF No. 24). Plaintiff now seeks recovery of his attorney's fees under the EAJA, which total $6,308.66. (ECF No. 25). The Commissioner has no objection to the relief sought. (*Id*. at 6)

    The Magistrate Judge issued a Report (ECF No. 26) recommending that Plaintiff's Consent Motion for Attorney's Fees, (ECF No. 25), be GRANTED and that Plaintiff be awarded $6,308.66 in attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, subject to offset against any pre-existing debt that Plaintiff may owe to the United States. If the United States

Department of Treasury determines that Plaintiff has no outstanding debts to the United States, the attorney's fee award should be made payable to Plaintiff's attorney, David B. Goetz, Esq.

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that the United States Magistrate Judge's Report (ECF No.26) is **RATIFIED, AFFIRMED and APPROVED** in its entirety.  It is further

**ORDERED AND ADJUDGED** that Plaintiff's Consent Motion for Attorney's Fees, (ECF No. 25) is **GRANTED**. It is further

**ORDERED AND ADJUDGED** that Plaintiff is awarded $6,308.66 in attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, subject to offset against any pre-existing debt that Plaintiff may owe to the United States. If the United States Department of Treasury determines that Plaintiff has no outstanding debts to the United States, the attorney's fee award should be made payable to Plaintiff's attorney, David B. Goetz, Esq.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of October, 2021.

           s/ Donald L. Graham
           DONALD L. GRAHAM
           UNITED STATES DISTRICT JUDGE

cc:    U.S. Magistrate Judge McAliley
        All Counsel of Record